UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 06-10022-JLT |
| | * | |
| LUIS FIGUEROA, | * | |
| | * | |
| Defendant. | * | |

ORDER

September 24, 2008

TAURO, J.

After reviewing Parties' submissions, this court hereby orders that:

1. The Government's <u>Motion in Limine Concerning Sequestration of Trial Witnesses</u> [#41] is ALLOWED.

2. Defendant's <u>Motion in Limine Re: 404(b) Evidence</u> [#43] is ALLOWED WITHOUT PREJUDICE to the Government offering the evidence at trial should Defendant take the witness stand.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge