# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LUIS FIGUEROA

**JUDGMENT OF ACQUITTAL**

CR 06-10022-JLT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Joseph L. Tauro       U.S. DIST. Judge
_____
Name of Judge        Title of Judge

10/1/08
_____
Date